# United States Court of Appeals for the Federal Circuit

---

**CODY L. ADAMS, ROSE M. ADAMSON, JOSEPH P. AGIUS, DARA W. ALLICK, JENNIFER A. ANGEL, MICHAEL T. ANGELO, SAMMY APONTE, ALICIA K. AUSTIN-ZITO, LUKE M. BADARACCO, CHAD J. BARGSTEIN, et al.,**

*Plaintiffs-Appellants*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2021-1662

---

Appeal from the United States Court of Federal Claims in No. 1:20-cv-00783-CFL, Senior Judge Charles F. Lettow.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

February 14, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court